United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL NO. 16,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND CREATIVE MANAGEMENT LLC,<br><br>Defendant.<br>_____ / | No. C 14-02488 WHA<br><br><br><br><br><br><br><br>**REQUEST RE PETITION TO COMPEL ARBITRATION** |

This action has been reassigned to the undersigned judge. Plaintiff previously filed a petition to compel arbitration. That petition has not been ruled on. By **NOON ON AUGUST 5**, the parties shall please file a joint status statement regarding (1) jurisdiction and service, (2) a brief chronology of the facts and the principal factual and legal issues in dispute, and (3) what effect, if any, ruling on the petition would have on the ERISA dispute in *The Board of Trustees v. Island Creative Management, LLC, et al.*, No. 3:13-cv-05783-WHA. Plaintiff should also notice a hearing date for its petition to compel arbitration. Please send chamber's copies (with tabs) of all relevant papers.

Dated: July 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE