IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL NO. 16,

Petitioner,

v.

ISLAND CREATIVE MANAGEMENT LLC,

Respondent.

No. C 14-02488 WHA

**REQUEST RE SUBJECT-MATTER JURISDICTION**

By **NOON ON AUGUST 11**, the parties — as officers of the Court — shall please file briefs (each not to exceed five pages) regarding whether there is subject-matter jurisdiction. Please address all potentially relevant authorities. *See, e.g.*, *Blue Cross of California v. Anesthesia Care Associates Med. Grp., Inc.*, 187 F.3d 1045, 1054 (9th Cir. 1999).

Petitioner commenced this action by filing a petition to compel arbitration in Napa Superior Court. Respondent removed, arguing that there was federal-question jurisdiction because the petition "includes claims arising under the Employee Retirement Income Security Act of 1974" insofar as petitioner seeks to compel arbitration under provisions of a collective bargaining agreement "in connection with [respondent] allegedly failing to provide wage and benefits to [petitioner's] union workers." Respondent argues that these "'benefits' . . . are ERISA claims." Petitioner has stated that it "agrees this Court has jurisdiction but under 29 U.S.C. § 185, commonly referred to as Section 301 of the Labor Management Relations Act, rather than ERISA." Please be prepared to address jurisdiction at the August 14 hearing.

Dated: August 7, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE