IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL NO. 16,<br><br>Petitioner,<br><br>v.<br><br>ISLAND CREATIVE MANAGEMENT, LLC,<br><br>Respondent.<br>_____ / | No. C 14-02488 WHA<br><br><br><br><br><br><br><br><br><br>**REQUEST RE SUPPLEMENTAL DECLARATION** |

The hearing on the petition to compel arbitration is currently scheduled for August 14 at 8:00 a.m. On August 12, Island Creative Management, LLC filed a supplemental declaration based on "newly discovered evidence" (Dkt. No. 29). If possible, Local 16 shall please file a response by **5:00 P.M. ON AUGUST 13**. Please be prepared to discuss the supplemental declaration (and exhibit) at the hearing.

Dated: August 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE